JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL ANTHONY WILBOURN, ) No. ED CV 18-2125-AG (PJW)
)
        Petitioner, )
) J U D G M E N T
    v. )
)
WARDEN, FCI VIC MEDIUM I, )
)
        Respondent. )
_____)

    Pursuant to the Order Dismissing Petition With Prejudice,

    IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

    DATED:     10/31/18

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\WILBOURN, M 2125\Judgment.wpd